1   Michael J. Miller, VA Bar No. 19171
    J. Christopher Ide , VA Bar No. 19307
2   David C. Andersen, CA Bar No. 194095
    THE MILLER FIRM, LLC
3   108 Railroad Avenue
    Orange, VA 22960
4   Telephone: (540) 672-4224
    Facsimile: (540) 672-3055
5
    Attorneys for Plaintiffs
6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            (SAN FRANCISCO DIVISION)

11

12   KENNEY W. HAYNES,                    | **MDL NO. 1699**

13              Plaintiffs,               | **District Judge: Charles R. Breyer**

14   v.                                   | **STIPULATION AND ORDER OF**
                                          | **DISMISSAL WITH PREJUDICE**
15   PFIZER INC., PHARMACIA
     CORPORATION, and G.D. SEARLE, LLC,   | Case No. C-06-~~2953~~ CRV
16                                        |              2379
                Defendants.
17

18          Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

19   pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

20   Plaintiff, Kenney W. Haynes, from this action without prejudice with each side bearing its own

21   attorney's fees and costs.

22   Dated: July 23, 2007                 Respectfully submitted,

23                                        THE MILLER FIRM, LLC

24

25                                        By:

26                                            J. CHRISTOPHER IDE

27

28

                                                                              COMPLAINT

1
2
3
4
5
6
7

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide , VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs

8  Dated:  September 10, 2007

Respectfully submitted,

9

DLA PIPER US LLP

10
11

By: AMY W. SCHULMAN

12

13

Bar No.  AWS3417
DLA PIPER US LLP

14

1251 Avenue of the Americas
New York, NY 10020-1104

15

Telephone: (212) 335-4500
Facsimile: (212) 335-4501

16

Attorneys for Defendants

17

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**

18  **SO ORDERED**

19  Dated:

20

21

Hon. Charles R. Breyer
United States District Court

22

23

24

25

26

27

28

- - 2 - -                                    COMPLAINT

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNEY W. HAYNES | MDL NO. 1699 |
| Plaintiff, | District Judge: Charles R. Breyer |
| v. | Case No. C-06-2953 CRV ∂379 |
| PFIZER INC., PHARMACIA<br>CORPORATION and G.D. SEARLE, LLC | |
| Defendants. | |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## REGARDING PLAINTIFF KENNEY W. HAYNES

IT IS HEREBY ORDERED pursuant to the above Stipulation, that the claim of

plaintiff, Kenney W. Haynes, in the above-referenced matter is dismissed with prejudice.

Dated: _____, 2007.

Judge Charles R. Breyer
United States District Court

imanage9574311

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

KENNEY W. HAYNES

Plaintiff,

v.

PFIZER INC., PHARMACIA
CORPORATION and G.D. SEARLE, LLC

Defendants.

MDL NO. 1699

District Judge:  Charles R. Breyer

Case No. C-06-2953 CRV
2379

## VERIFICATION

As attorney for Defendants, I hereby verify that the required amount was paid to the common benefit expense fund by Plaintiffs' counsel on July 19, 2007 pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8, specifically that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth in this document.

By  Amy W. Schulman, Esq.

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:  (212) 835-6108

Attorneys for Defendants

imanage9574331

1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide , VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone: (540) 672-4224
   Facsimile: (540) 672-3055
5
   Attorneys for Plaintiff
6

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

11

12  KENNEY W. HAYNES,                    **MDL NO. 1699**

13            Plaintiffs,                **District Judge: Charles R. Breyer**

14  v.                                   **VERIFICATION**

15  PFIZER INC., PHARMACIA               Case No. C-06-~~2953~~ CRV
    CORPORATION, and G.D. SEARLE, LLC,                 2379
16
              Defendants.
17

18      As attorney for plaintiff, Kenney W. Haynes, I hereby verify that the required amount was

19  paid to the common benefit expense fund on July 19, 2007 pursuant to Pretrial Order No. 8.

20  Further, in accordance with the requirements of Pretrial Order No. 8 that details of any settlement

21  amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth

22  in this document.

23  Dated: July 23, 2007                  Respectfully submitted,

24                                        THE MILLER FIRM, LLC

25

26                                   By:_____
                                          J. CHRISTOPHER IDE
27

28

                                                              **VERIFICATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide , VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs

-- 2 --

VERIFICATION